UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL P. MOYNIHAN,

Plaintiff,

vs.

THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, PRUDENTIAL LONG TERM DISABILITY PLAN AND PRUDENTIAL MEDICAL PLAN,

Defendants.

**Civ. No.** 00-CV-79 JRT/FLN

**STIPULATION AND ORDER FOR EXTENSION**

WHEREAS the parties to the above-captioned action have been engaged in serious settlement discussions;

WHEREAS the parties are very close to reaching a final settlement and are optimistic that they will be able to do so in the near future; and

WHEREAS the current deadline for Defendants to respond to Plaintiff's First Amended Complaint is April 24, 2000.

APR 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, the parties stipulate and agree that Defendants may have until May 8, 2000 to respond to Plaintiff's First Amended Complaint.

Dated: 4/21, 2000

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: John M. Nichols
John M. Nichols, #78943
Erik T. Salveson, #177969
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
612-343-2800

**ATTORNEYS FOR PLAINTIFFS**

Dated: 4-21, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: Robert J. McGillivray
Robert M. McGillivray, #21436X
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402
612-607-7365

**GROOM LAW GROUP**
Lonie A. Hassel
1701 Pennsylvania Avenue NW
Washington, D.C. 20006-3893
202-857-0620

**ATTORNEYS FOR DEFENDANTS**

**ORDER**

Based upon the foregoing Stipulation, Defendants shall have until May 8, 2000 to respond to Plaintiff's First Amended Complaint.

Dated: April 28, 2000

Franklin L. Noel
United States Magistrate Judge